## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

HAOCHENG QIAN,

JUL 18 2023 PM2:40
FILED-USDC-CT-HARTFORD

Plaintiff,

v.                                                    23 cv 513 (SVN)

YOU TUBE INC., GOOGLE INC.,

Defendants.

## FIRST AMENDED COMPLAINT

Pro se Plaintiff Haocheng Qian[1] alleges the following in support of his First

Amended Complaint:

1.  This Complaint alleges breach of contract by Defendant YouTube Inc. causing
    Plaintiff significant economic harm in excess of $75,000.

2.  This court has original subject matter jurisdiction over the Complaint pursuant to
    28 U.S.C. § 1332.

3.  Venue is appropriate in this district pursuant to 28 U.S.C. § 1391 because the
    alleged acts and omissions occurred in the state of Connecticut.

4.  Plaintiff Haocheng Qian is a dissident from mainland China who, during the time
    period relevant to this Complaint, operated seven YouTube channels and twelve

---

[1] A draft of this pleading was prepared with the help of an attorney with the Federal Pro Se Legal Assistance
Program at New Haven Legal Assistance Association.

sections.  Plaintiff's YouTube channels included postings of Plaintiff's original content on topics of news, faith, science and technology, global citizenship, and politics.

5.  Defendant YouTube Inc. ("YouTube") is a Delaware corporation with its principal place of business in California.

6.  Defendant Google Inc. is a Delaware corporation with its principal place of business in California.

7.   Plaintiff operated his YouTube channels and sections according to the terms of Defendant YouTube's Terms of Service (the "Contract").

8.  Terms of the Contract relevant to this pleading include the following:.

(1) Defendant YouTube agreed to notify the Plaintiff of any suspected violation of the Community Guidelines by Plaintiff.  In the case of a suspected intellectual property infringement, Defendant YouTube agreed to identify the suspect work to Plaintiff and provide Plaintiff notice of the suspected infringement before Defendant removed Plaintiff's content or canceled Plaintiff's channel.

 (2) When Defendant YouTube identifies infringing work posted by the Plaintiff, Defendant YouTube agrees to allow Plaintiff the options of preserving Plaintiff's allegedly infringing work for Plaintiff's private viewing or of deleting the work himself.

 (3) Defendants used their monopoly position to misappropriate Plaintiff's business interests.

9.  On or about January 24, 2022, Plaintiff's Google account was hacked by the
    Chinese Communist Party.

10. After this interception of Plaintiff's Google account, Defendant YouTube began to
    impose even greater restrictions on Plaintiff's Youku channel, restrictions that not
    only violated the terms of the contract but went well beyond the scope of the
    contract, making Plaintiff aware that Defendant YouTube was suspected of
    acting as an agent of the Chinese Communist Party and systematically
    persecuting Plaintiff for prohibiting free speech.

11. For example,

    （1） On or about February 28, 2023, Defendant YouTube, Inc. violated several

    temrms of the Contract when Defendant permanently removed Plaintiff's "Don't
    Forget June 4" Channel (the "June 4 Channel"). Specifically, Defendant
    YouTube failed to fulfill its obligations under the Contract to

    (a) provide Plaintiff notice prior to removing the June 4 Channel;

    (b) provide Plaintiff adequate time for Plaintiff to download and save his content
    from his June 4 Channel prior to its destruction by Defendant; and

    (c) provide Plaintiff justification for removal of the June 4 Channel by stating
    which term(s) of the Contract Plaintiff allegedly breached. Defendant's wrongful
    removal of the June 4 Channel had the additional consequence of prohibiting
    Plaintiff from accessing, owning, or creating any other YouTube channels in the
    future.

（2）On or about December 13, 2022, Defendant YouTube removed the profit-

making function of Plaintiff's membership channel (the "Membership Channel") in

breach of several terms of the Contract.  Specifically, Defendant YouTube failed

to fulfill its obligations under the Contract to:

(a) consider Plaintiff's evidence that videos posted on his Membership Channel

were Plaintiff's original content;

 (b) allow Plaintiff to enable the profit-making function on his Membership

Channel except for good cause; and

 (c) abstain from unsubscribing the subscribers to Plaintiff's Membership Channel

without good reason.

（3）Defendant YouTube has repeatedly used videos that are weeks or months

or even a year old as a pretextual justification to place multiple bans on different

channels of Plaintiff and has repeatedly removed Plaintiff's works.

12. Defendant You Tube used yellow flags in violation of the terms of the Contract for

the purpose of diverting traffic from Plaintiff's channels.  For example, on or

about January 9, 2023, Defendant YouTube attached a yellow flag to Plaintiff's at

plaintiff's enlightenment hall [tech channel]channel without basis/without following

the notice requirements to Plaintiff/or however else this behavior violated the

contract.

13. Defendant YouTube's diversion of traffic for yellow labeling, banning, removing

profit-making features, unsubscribing members, reducing subscriptions, invalid

traffic, etc. from Plaintiff's channels caused Plaintiff economic loss in lost revenue in excess of $75,000.

14. Based on information available on YouTube's AdSense software, Plaintiff estimates Defendants caused Plaintiff lost revenue in excess of $75,000 over the time period relevant to this Complaint.  Specifically:

（1）Plaintiff's total annual revenue from his YouTube channels ("annual

channel revenue")in 2021 was approximately $124,159.79.  Plaintiff's annual channel revenue in 2022 after Defendant YouTube wrongfully suppressed Plaintiff's content and channels by application of yellow labels was approximately $64,595.94. Plaintiff's channel revenue from January to May 2023 was approximately $14,376.1 and Plaintiff's estimated annual channel revenue for 2023 is approximately $35,00.

In sum, Defendant YouTube's actions in breach of the contract terms caused Plaintiff's YouTube channel revenue to decrease by approximately$60,000 in 2022, and approximately$85,000 in 2023, for an approximate total loss to Plaintiff of $145,000.

（2）On January 8, 2023, all six of Plaintiff's programs were yellow-tagged, and

Plaintiff's revenue for that day was $8.22; on October 25, 2022, not one of Plaintiff's six programs was yellow-tagged, and Plaintiff's revenue for that day was $235.65. This is just one example. Plaintiff does at least 6 news programs per day, and there are many cases where all 6 programs are yellow-labeled,

many cases where 4-5 are yellow-labeled, 3-4 yellow-labeled is the norm, 1-2 yellow-labeled is relatively rare, and no yellow-labeled is even rarer. It shows that the defendant YouTube uses the means of yellow label to greatly reduce the income of the plaintiff.

（3）The daily revenue of Plaintiff's World Citizen Channel on February 25, 2021 was $1018.3, which is the revenue before the suppression. This indicates that Defendant YouTube used the yellow label to significantly reduce Plaintiff's revenue.

（4）Defendant YouTube, in addition to using the yellow label tactic, also used banning, removing the profit-making function, unsubscribing members, and reducing subscriptions to suppress Plaintiff's influence and reduce Plaintiff's distribution efforts, thus reducing Plaintiff's income even more. Due to the nature of the media industry, its later development is geometrically increasing, so the loss suffered by the plaintiff is extremely huge.

（5）Defendants YouTube stole Plaintiff's traffic revenue by taking a monopolistic position and using opaque methods. The opaque methods include arbitrary changes or non-disclosure of revenue per thousand clicks, and "invalid traffic" with vague and uncertain content.

15. The plaintiff sued Google for the following reasons：

(1)In October 2006, Google acquired the video site YouTube for $1.65 billion worth of stock, indicating that Google Inc. is the parent authority for YouTube.

(2)Opening a channel in YouTube as well as logging in must be done through a Google account, there is no other path, which shows that Google Inc. and YouTube are one and the same.

(3)In the "Other Policies" section of the YouTube policy, the clause "Age restrictions on Google products" clearly confirms that YouTube is a Google product.

## CAUSE OF ACTION: BREACH OF CONTRACT (DEFENDANT YOU TUBE)

16. Plaintiff repeats and realleges the foregoing paragraphs as if fully set forth herein.

17. The plaintiff and the Defendant YouTube entered into a valid and binding contract (the "Contract") on our about May 26, 2020.

    Under the terms of the Contract relevant to this Complaint, Defendant YouTube had an obligation to inform the plaintiff of any suspected breach of the Contract's terms (including which specific work of Plaintiff's is believed to be in breach of the Contract, and to specify the particular Contract clause). Plaintiff, in turn, has an obligation under the Contract to readjust his work to conform with the terms of the Contract.

18. Plaintiff did all or substantially all of the actions required of him by the Contract.

19. Defendant YouTube failed to comply with the terms of the Contract in that it failed to give Plaintiff advance notice before terminating Plaintiff's channel(s); terminated Plaintiff's channel(s) without probable cause; and failed to give Plaintiff sufficient notice to download his content before his channel(s) were terminated.

20. Plaintiff was harmed by Defendant's breach of the terms of the Contract because Defendant's breach caused Plaintiff significant economic harm.

   (1) Infringement of intellectual property rights is not covered by the contract

   (2) The text review was not within the scope of the contract

   (3) Stealing traffic is not covered by the contract

   (4) Suspected of being an agent of the Chinese Communist Party, which is not within the scope of the contract.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks this Court to enter a judgment against the Defendants for:

   a) Compensatory damages;

   b) An award of Plaintiff's reasonable costs; and

   c) Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

   Plaintiff hereby demands a jury trial.

Date: July. 18. 2023

Signature: Haocheng Qian

Haocheng Qian

Pro Se Plaintiff
15 Carolyn Ln, North Windham, CT 06256
Email: kaiwutang2020@gmail.com
Phone: (650) 410-0236