UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HAOCHENG QIAN, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:23-cv-00513 (SVN) |
| YOUTUBE INC., and GOOGLE INC., | : |
| Defendants. | : |

## JUDGMENT

This action having come before the Court for consideration of the Defendants' motion for summary judgment before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendants' motion on March 28, 2024; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendants.

Dated at Hartford, Connecticut, this 29th day of March, 2024.

                                      DINAH MILTON KINNEY, Clerk

                                      By: /s/ Michael Bozek
                                             Michael Bozek
                                             Deputy Clerk

Entered on Docket: 3/29/2024